IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GRECIA ESTATE HOLDINGS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAPLES, INC.,<br><br>　　　　Defendant. | Civil Action No.:  6:21-cv-00660<br><br><br>JURY TRIAL DEMANDED |

# EXHIBIT B

# Claim Chart

# U.S. Patent #8,402,555: Staples EMVCo Click To Pay

| Claim 11 | Facts | Factual Evidence |
|---|---|---|
| The method of claim 2, wherein the membership verification token comprises at least one token selected from a group consisting of a **purchase permission**, a rental permission, or membership permission coupled to a royalty scheme; wherein the permission is **represented by** one or more of a letter, **number**, combination of letters and numbers, phrase, authorization, list, **interface button** or an instrument of trade for access rights of the encrypted digital media. 2. The method according to claim 1, wherein the membership verification token is one or more of a structured password, a random password, e-mail address, **payment system** and one or more redeemable instruments of trade for access rights of the encrypted digital media. 1. A method for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the method comprising: | The Staples.com CPU monitor access to financial data of the EMVCo Click to Pay **payment system** (Sullivan: computer based apparatus) by writing EMVCo membership data to associate with a Click to Pay Profile ID data (Sullivan, metadata, data about data). <br><br> The Click to Pay purchase permission is represented by the Click to Pay interface button. <br><br> Click to Pay EMVCo membership data is a EMV card number token which is a EMV payment system. | **EMV® Secure Remote Commerce** <br><br> The EMV® Secure Remote Commerce (SRC) Specifications enable a common consumer e-checkout that promotes simplicity, familiarity, interoperability convenience and trust. <br><br> Consumer-facing solutions and programmes based on the EMV® SRC Specifications can be described as Click to Pay. This universal description enables ease of recognition for consumers, and signals that a consumer can confidently transact through an easy e-checkout, regardless of the payment card, digital channel or device they use. <br><br> The corresponding icon, described as the Click to Pay icon, signals availability at participating merchants. Alternatively, Click to Pay will be used in text as descriptive language if an e-merchant is unable to visually display the icon. <br><br> Source: https://www.emvco.com/emv-technologies/src/ <br><br> **Click to pay**  tell me more <br><br> Set up once. You won't have to remember a password, or enter card and personal information. <br><br> 1. Click the button below to get started. <br> 2. Sign in and select a card. You will then return here. <br> 3. You will be able to review the order before placing it. <br><br> [VISA] [MC] [AMEX] <br><br> add purchase order # (optional) <br><br> Source: staples.com |

| | |
|---|---|
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | The Staples.com CPU receives an access request for Click to Pay financial data.<br><br>The request comprises a EMVCo membership verification token (e.g., EMVCo Primary Account Number (PAN)).<br><br>The Staples.com Communications Console is the EMVCo Java Script Software (see page 3 below). |

# Staples

**Delivered by Thursday, Jan 21 (1 item)**



Dunkin' Donuts Dunkin' Dark Coffee, Keurig K-Cup Pods, Dark Roast, 24/Box (400849)
Item: 2516934 | Model: CL164886

## Shipping Address

sa.cs2cd@gmail.com

David Stanley
2234 Lenhart Rd
Colmar, PA 18915

## Payment & Billing

Credit card    **Other methods**    Gift cards & more

**Click to pay**   tell me more

Set up once. You won't have to remember a password, or enter card and personal information.

1. Click the button below to get started.
2. Sign in and select a card. You will then return here.
3. You will be able to review the order before placing it.



add purchase order # (optional)

Source: staples.com checkout



| | | |
|---|---|---|
| authenticating the membership verification token, the authentication being performed in connection with a token database; | The Staples.com CPU authenticate the EMVCo membership PAN with a database of accepted "valid" EMVCo PAN types.<br><br>Staples.com Java Script Communications Console. | <br>Source: staples.com checkout<br><br>• Provide an Application Programming Interface (API) Specification and Java Script Software Development Kit (SDK) Specification to support common integration.<br><br>Source: https://web.archive.org/web/20210121162553/https://www.emvco.com/emv-technologies/src/#:~:text=A%3A%20The%20EMV%C2%AE%20Secure,familiarity%2C%20interoperability%20convenience%20and%20trust.&text=Define%20interfaces%20to%20allow%20for,in%20the%20remote%20commerce%20environment. |

| | |
|---|---|
| Establishing a connection with the communications console, wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) wherein the API is related to a verified web service, the web service capable of facilitating a two way data exchange to complete a verification process wherein the data exchange session comprises at least one identification reference; | The Staples.com CPU communications console establishes a connection to the Click to Pay Profile API verified web service. |
| requesting the at least one identification reference from the at least one communications console, wherein the identification reference comprises one or more of a verified web service account identifier, letter, number, rights token, e-mail, password, access time, serial number, address, manufacturer identification, checksum, operating system version, browser version, credential, cookie, or key, or ID; | 

The Staples.com CPU communications console request and receive a Click to Pay Profile web service identifier.

Source: staples.com checkout

| | 3rd Party Review | |
|---|---|---|
| **EMV SRC User Interaction Analysis** | | A research and analysis project to generate knowledge of user interactions with SRC and general understanding of SRC concepts |
| **EMV® SRC UI Guidelines 1.0** | Guidance | The SRC documentation outlining the reference of visual user interface elements |
| **EMV® SRC API Specification 1.0** | Specification | The SRC specification documentation detailing the APIs associated with the SRC Messages and Data defined within the Core Specification |
| **EMV® SRC Web Client SDK Reference 1.0** | Guidance | The SRC specification documentation detailing the SDK associated with the SRC Messages and Data defined within the Core Specification |

Source: https://www.emvco.com/wp-content/uploads/2019/02/EMVCo-SRC-Specification-ETA-1.0_FINAL-1.pdf |
| receiving the at least one identification reference from the communications console; | |

| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | The Staples.com CPU writes the received EMVCo membership PAN and the Click to Pay Profile ID to metadata of the Click to Pay payment system.<br><br>Writing the metadata to **describe what EMVCo Membership PAN data (e.g., \*9475) is associated with the Click to Pay Profile ID.** | **Staples**<br><br>**Shipping Address**<br>sa.cs2cd@gmail.com<br>David Stanley<br>2234 Lenhart Rd<br>Colmar, PA 18915<br><br>**Payment & Billing**<br><br>Credit card   **Other methods**   Gift cards & more<br><br>**Click to pay**  tell me more<br><br>MASTER_CARD \*\*\*\*\*\*\*\*\*\*\*\*9475<br>Exp.08/2024<br><br>**Billing Address**   Need to make changes? Use the below button.<br><br>add purchase order # (optional)<br><br>**Order Summary**<br>FREE shipping on this order<br>Items (1)          $9.99<br>Coupons          -$0.00<br>Subtotal           $9.99<br>Shipping           FREE<br>Estimated tax    $0.00<br>**Order Total**   **$9.99**<br><br>Apply coupons<br><br>**Place order**<br><br>By placing your order, you agree to Staples Terms and Conditions.<br><br>Edit shipping |

Source: staples.com checkout